**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-1001**

---

ROMAN TIFFER,

                    Plaintiff - Appellant,

          v.

WORKER'S COMPENSATION; LIBERTY MUTUAL INSURANCE
CORPORATION; ABACUS CORPORATION; THE CIRCUIT COURT FOR
BALTIMORE CITY,

                    Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:12-cv-03662-CCB)

---

Submitted: February 21, 2013        Decided: February 26, 2013

---

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Roman Tiffer, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roman Tiffer appeals the district court's order dismissing his civil action seeking reversal of a state court judgment. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Tiffer's informal briefs do not challenge the basis for the district court's disposition, Tiffer has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>